IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin,<br><br>                      Plaintiff,<br><br>V.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>                     Defendants. | CASE NO.: 4:25-cv-7045-SAL<br><br><br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed _____ is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed on July 14, 2025 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

**(SIGNATURES ON FOLLOWING PAGE)**

1

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| *s/ Jonathan D. Graham* | *s/ L. Darby Plexico, III* |
| Jonathan D. Graham, Esquire (SC Bar 105763) | L. Darby Plexico, III, Esquire (Fed. Bar 9585) |
| Morgan & Morgan, PA | Brehmer Law Firm, LLC |
| 4401 Belle Oaks Drive, Suite 300, | 1720 Main Street, Ste 201 |
| North Charleston, SC 29405 | Columbia, SC  29201 |
| jgraham@forthepeople.com | LDP@brehmerlawfirm.com |
| (843) 947-6063 | (803) 771-6600 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Dated:  August 18, 2025 | Dated:  August 18, 2025 |