IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin,<br><br>　　　　　　　　　Plaintiff,<br><br>V.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>　　　　　　　　　Defendants. | CASE NO.: 4:25-cv-7045-SAL<br><br><br><br><br>JOINT LOCAL RULE 26.03 REPORT |

The parties jointly submit the following report pursuant to Local Rule 26.03:

(1)　　A short statement of the facts of the case.

　　　**RESPONSE:**

　　　This case arises out of a motor vehicle accident that occurred on December 21, 2024 at approximately 4:00 pm on I-95 in Latta, South Carolina. The Plaintiff was driving a 2023 Freightliner tractor trailer that was going south on I-95. Defendant Carlton Reginald Lee was driving a 2018 Freightliner tractor trailer that was owned by Defendant The Mahoney Group, Inc. that was also going south on I-95 and was directly behind the Plaintiff's vehicle. The front of the Defendants' vehicle collided with the rear of the Plaintiff's vehicle on I-95.

(2)　　The names of the fact witnesses likely to be called by the party and a brief summary of their expected testimony.

　　　**RESPONSE:**

　　　　1.　**Andrew McLaughlin**
　　　　　　**1328 Whitehead Road**
　　　　　　**Richmond, VA 23225**

　　　　　　**Mr. McLaughlin is the Plaintiff in this case, and he is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident and any knowledge he may possess regarding his alleged injuries and damages.**

2. **Carlton Reginald Lee**
   **492 Mulberry Street**
   **Orangeburg, SC 291118**

   **Mr. Lee is a Defendant in this case, and he is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident and any knowledge he may possess regarding the Plaintiff's alleged injuries and damages.**

3. **A representative of The Mahoney Group, Inc.**
   **2436 Hart Road**
   **Charlotte, NC 28214**

   **The Mahoney Group, Inc. is a Defendant in this case and a representative is expected to testify as to its knowledge regarding the facts and circumstances surrounding the accident and any knowledge it may possess regarding the Plaintiff's alleged injuries and damages.**

5. **LCPL Hugh Stiastny**
   **SCCJA # 6735-8899**

   **LCPL Hugh Stiastny was the investigating officer in this accident, and he is expected to testify as to his investigation.**

**Each party reserves the right to call any witnesses named by the Plaintiff and Defendants to this action. Further, the parties will supplement these disclosures upon receipt of additional information concerning potential witnesses.**

(3)     The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).

   **RESPONSE:**

   The parties have not retained experts at this time. The parties may call experts in the fields of accident reconstruction or human factors to address liability for the accident and/or medical professionals to testify regarding the cause and extent of the Plaintiff's injuries.

(4)     A summary of the claims or defenses with statutory and / or case citations supporting same.

   **RESPONSE:**

   The Plaintiff has filed a personal injury negligence action against the Defendants for this motor vehicle accident. The complaint also requests punitive damages.

   The Defendants' Answer raises a general denial and affirmative defenses of comparative negligence and common law and statutory caps on punitive damages.

(5) Absent special instructions from the assigned Judge, the parties shall propose dates for the following deadlines listed in local Civil Rule 16.02.

**RESPONSE:**

On July 14, 2025, the Court entered a Conference and Scheduling Order setting forth dates and deadlines to the parties. This Order was reviewed by the parties prior to the Rule 26(f) conference. The parties have submitted a Proposed Consent Amended Scheduling Order that provides a two month extension on most of the deadlines in the initial Order. The additional time is requested because Plaintiff's counsel's wife is about to have a baby.

(6) The parties shall inform the Court whether there are any special circumstances which would affect the time frames applied in preparing the scheduling order. See General Local Civil Rule 16.02(C) (Content of Scheduling Order)

**RESPONSE:**

**The parties have submitted a Proposed Consent Amended Scheduling Order that provides a two month extension on most of the deadlines in the initial Order for the reasons specified in response to Paragraph 5.**

(7) The parties shall provide any additional information requested in the Pre-Scheduling Order (Local Civil Rule 16.01) or otherwise requested by the assigned judge.

**RESPONSE:**

**Not applicable.**

| | |
|---|---|
| *s/ Jonathan D. Graham* | *s/ L. Darby Plexico, III* |
| Jonathan D. Graham, Esquire (SC Bar 105763) | L. Darby Plexico, III, Esquire (Fed. Bar 9585) |
| Morgan & Morgan, PA | Brehmer Law Firm, LLC |
| 4401 Belle Oaks Drive, Suite 300, | 1720 Main Street, Ste 201 |
| North Charleston, SC 29405 | Columbia, SC  29201 |
| jgraham@forthepeople.com | LDP@brehmerlawfirm.com |
| (843) 947-6063 | (803) 771-6600 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Dated:  August 18, 2025 | Dated:  August 18, 2025 |

3