IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin,<br><br>       Plaintiff,<br><br>V.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>       Defendants. | CASE NO.: 4:25-cv-7045-SAL<br><br><br><br>**JOINT CERTIFICATION OF FAMILIARITY WITH LOCAL RULES** |

Each party certifies that they have read and are familiar with the Local Civil Rules for the District of South Carolina. This Certification is being filed in conjunction with the parties' Rule 26(f) Report.

| | |
|---|---|
| *s/ Jonathan D. Graham*<br>Jonathan D. Graham, Esquire (SC Bar 105763)<br>Morgan & Morgan, PA<br>4401 Belle Oaks Drive, Suite 300,<br>North Charleston, SC 29405<br>jgraham@forthepeople.com<br>(843) 947-6063<br>*Attorney for Plaintiff*<br><br>Dated: August 18, 2025 | *s/ L. Darby Plexico, III*<br>L. Darby Plexico, III, Esquire (Fed. Bar 9585)<br>Brehmer Law Firm, LLC<br>1720 Main Street, Ste 201<br>Columbia, SC  29201<br>LDP@brehmerlawfirm.com<br>(803) 771-6600<br>*Attorney for Defendants*<br><br>Dated: August 18, 2025 |