IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin,<br><br>                       Plaintiff,<br><br>V.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>                      Defendants. | CASE NO.: 4:25-cv-7045-SAL<br><br>**JOINT DISCOVERY PLAN** |

**TO:   THE UNITED STATES DISTRICT COURT:**

The parties jointly submit the following Rule 26(f) Discovery Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

### CIVIL RULE 26(f) DISCOVERY PLAN

(A)   What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

**RESPONSE:**

**None.**

(B)   The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

**RESPONSE:**

**Discovery will be needed into the facts and circumstances surrounding the allegations of the complaint, liability, the Plaintiff's damages, and the defenses asserted in the Defendants' Answer.**

(C)   Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

**RESPONSE:**

The parties agree that they will produce electronic information in the information's native digital format where feasible and available. The parties do not waive their right to object to the disclosure of certain information. The parties do not anticipate any other issues regarding discovery of electronically stored information at this time.

(D) Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the Court to include their agreement in an order.

**RESPONSE:**

Issues about claims of privilege or protection as trial-preparation materials have not arisen at this time.

(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

**RESPONSE:**

The parties are not aware of any changes that should be made on the limitations on discovery at this time.

(F) Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE:**

The parties are not aware of any additional orders that the Court should enter under these rules at this time.

*s/ Jonathan D. Graham*  
Jonathan D. Graham, Esquire (SC Bar 105763)  
Morgan & Morgan, PA  
4401 Belle Oaks Drive, Suite 300,  
North Charleston, SC 29405  
jgraham@forthepeople.com  
(843) 947-6063  
*Attorney for Plaintiff*

*s/ L. Darby Plexico, III*  
L. Darby Plexico, III, Esquire (Fed. Bar 9585)  
Brehmer Law Firm, LLC  
1720 Main Street, Ste 201  
Columbia, SC  29201  
LDP@brehmerlawfirm.com  
(803) 771-6600  
*Attorney for Defendants*

Dated:  August 18, 2025