IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin,<br><br>　　　　　　　　Plaintiff,<br><br>V.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>　　　　　　　　Defendants. | CASE NO.: 4:25-cv-7045-SAL<br><br>**CONSENT<br>AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case.

1. <u>Amendment of Pleadings</u>: Any motions to join other parties and to amend the pleadings shall be filed by **November 28, 2025**.

2. <u>Expert Disclosures</u>:

    A. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **December 21, 2025**.

    B. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **January 20, 2026**.

3. <u>Discovery</u>: Discovery shall be completed no later than **March 13, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to** lydon_ecf@scd.uscourts.gov**. The parties shall set forth their respective positions in their request.**

4.   <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **March 27, 2026**.

5.   <u>Stipulation of Undisputed Facts</u>:  The parties shall file a joint stipulation of undisputed facts within fifteen days of the deadline to file all dispositive motions.

6.   <u>Mediation</u>: Mediation shall be completed in this case on or before **April 10, 2026**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

7.   <u>Trial</u>: This case will go to trial on or after the **June 2026** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

*[signature: Sherri A. Lydon]*
Sherri A. Lydon
United States District Judge

August 18, 2026
Florence, South Carolina


I SO MOVE AND CONSENT                          I SO MOVE AND CONSENT


*s/ Jonathan D. Graham*                        *s/ L. Darby Plexico, III*
Jonathan D. Graham, Esquire (SC Bar 105763)    L. Darby Plexico, III, Esquire (Fed. Bar 9585)
Morgan & Morgan, PA                            Brehmer Law Firm, LLC
4401 Belle Oaks Drive, Suite 300,              1720 Main Street, Ste 201
North Charleston, SC 29405                     Columbia, SC  29201
jgraham@forthepeople.com                       LDP@brehmerlawfirm.com
(843) 947-6063                                 (803) 771-6600
*Attorney for Plaintiff*                       *Attorney for Defendants*