IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin,<br><br>             Plaintiff,<br><br>V.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>             Defendants. | CASE NO.:  4:25-cv-7045-SAL<br><br><br><br><br>**JOINT MOTION FOR EXTENSION OF CURRENT SCHEDULING ORDER** |

    Pursuant to Local Rule 6.01, the Parties jointly move the Court to adopt the Proposed Consent Scheduling Order submitted separately according to the Court's filing preferences. In support of this Motion, Plaintiff's counsel states that Plaintiff recently underwent advanced imaging. That imaging shows serious injuries which may be related either to the crash that forms the basis of this lawsuit or to treatment which Plaintiff received because of the crash, and which will likely require more serious intervention than Plaintiff's doctors originally anticipated. Thus, Plaintiff's counsel seeks this extension to evaluate this new information and retain appropriate experts. Defendants' counsel does not oppose this extension to allow both parties to more fully evaluate Plaintiff's injuries, although Defendants do not admit that Plaintiff's injuries were caused by or are related to the underlying crash. This extension is not sought for the purpose of delay.

    The parties seek to extend all current deadlines by three months, set forth in detail in the accompanying Proposed Consent Scheduling Order, which will permit Plaintiff's medical professionals to evaluate his condition and confirm the necessary treatment.

I SO MOVE AND CONSENT

I SO MOVE AND CONSENT

*s/ Jonathan D. Graham*
Jonathan D. Graham, Esquire (SC Bar 105763)
Morgan & Morgan, PA
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
jgraham@forthepeople.com
(843) 947-6063
*Attorney for Plaintiff*

*s/L. Darby Plexico*
L. Darby Plexico, III, Esquire (Fed. Bar 9585)
Brehmer Law Firm, LLC
1720 Main Street, Ste 201
Columbia, SC  29201
LDP@brehmerlawfirm.com
(803) 771-6600
*Attorney for Defendants*