IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Andrew McLaughlin, | CASE NO.: 4:25-cv-7045-SAL |
| Plaintiff, | |
| V. | |
| Carlton Reginald Lee and The Mahoney Group, Inc., | **DEFENDANTS' EXPERT WITNESS DISCLOSURE** |
| Defendants. | |

**TO:    JONATHAN D. GRAHAM, ESQUIRE, ATTORNEY FOR PLAINTIFF:**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, the Defendants designate the following as an expert witness in this case:

1.    Alfred Leonard Rhyne, III MD
OrthoCarolina PA
OrthoCarolina Spine Center
2001 Randolph Road
Charlotte, NC 28207
alfred.rhyne@orthocarolina.com
(704) 323-3677

Dr. Rhyne is an orthopedic surgeon who will testify regarding the Plaintiff's injuries, medical treatment, proximate cause, and damages. The Defendants produce the following exhibits for this Disclosure:

a.    Exhibit 1 – Dr. Rhyne's report
b.    Exhibit 2 – Dr. Rhyne's CV
c.    Exhibit 3 – Dr. Rhyne's case list
d.    Exhibit 4 – Dr. Rhyne's invoice

As discovery is ongoing, the Defendants reserve the right to supplement this Disclosure with additional documentation from Dr. Rhyne.

BREHMER LAW FIRM, LLC


*s/ L. Darby Plexico, III*
L. Darby Plexico, III, Esquire (Fed. Bar 9585)
1720 Main Street, Ste 201
Columbia, SC   29201
LDP@brehmerlawfirm.com
(803) 771-6600
*Attorney for Defendants*


April 20, 2026