DOS:   04/16/2026

Brehmer Law Firm
Attn:   Mr Darby Plexico
1720 Main Street, Suite 201
Columbia, SC   29201

RE:   Andrew McLaughlin vs Carlton Reginald Lee and The Mahoney Group
Date of Loss:   December 21, 2024

Dear Mr Plexico:

I am a board-certified orthopedic surgeon with a subspecialization in spine.   I attended the University of North Carolina Medical School, an orthopedic residency at Wake Forest, and a fellowship in spine surgery at the University of Maryland.   I have been in practice since 1990 with what is now OrthoCarolina in Charlotte.   My practice consists of seeing operative and nonoperative problems related to the cervical, thoracic and lumbar spine.

I have had the opportunity of reviewing the following records:
1.   The accident report.
2.   McLeod Health.
3.   Photos of the accident.
4.   Athletico Physical Therapy.
5.   Washington MRI.
6.   Plaintiff's complaint.
7.   Defendant's answer to plaintiff's complaint.
8.   Plaintiff's discovery responses to defendant.
9.   Defendant's driver discovery response to plaintiff.
10.   Defendant company's discovery to responses to plaintiff.
11.   Deposition transcript of plaintiff taken on February 19, 2026.
12.   Deposition transcript of the defendant Carlton Reginald Lee taken on February 19, 2026.

Mr McLaughlin has had a history of injury to the lumbar spine that preceded the motor vehicle accident of December 21, 2024.   This included significant treatment to the lumbar spine including injections and therapy.

On December 21, 2024, Mr McLaughlin was driving a 2023 Freightliner 26-foot box truck that was going southbound on I-95.   The defendant Mr Carlton Reginald Lee was driving a 2018 tractor trailer that was owned by The Mahoney Group.   He was also traveling south on I-95 and was directly behind the plaintiff's vehicle.   The front of Mr Lee's vehicle collided with the rear of the plaintiff's vehicle.   The plaintiff was able to drive the box truck to the emergency room where he sought attention.

He complained of neck and low back pain after the motor vehicle accident and was seen at McLeod Health as well as at Athletico Physical Therapy.

On April 9, 2025, at Athletico Physical Therapy, the patient states that he is doing good.   He reports no neck or back pain today, and on April 11, 2025, he stated that he was "feeling back to baseline, no current pain."   Feels ready to be discharged.

After reviewing the records that have been mentioned above, I think that Mr McLaughlin sustained a soft tissue injury to the cervical and lumbar spine and by April 11, 2025 was back to baseline.   Their treatment seemed reasonable.

All further treatments after April 11, 2025, including MRI, injections and further medications, are not related to the motor vehicle accident.

The ongoing treatment after April 11, 2025 appears to be more related to the age-related degenerative changes and to his preexisting condition.

The above statement is made to a reasonable degree of medical certainty.

Sincerely,


Alfred Rhyne, MD
AR/nab