## CURRICULUM VITAE
## ALFRED LEONARD RHYNE, III, M.D.

**BUSINESS ADDRESS:**
OrthoCarolina, P.A.
OrthoCarolina Spine Center
2001 Randolph Road
Charlotte, North Carolina 28207
(704) 323-3677

**HOME PHONE:**
704-519-7903

**LICENSURE:**
North Carolina, Issued 08/10/1985
Maryland

**WORK HISTORY:**
8/13/90 to Present
OrthoCarolina - formally Charlotte Orthopedic Specialists, P.A.,
Charlotte, North Carolina

**SPECIAL INTEREST:**
Spine Surgery

**CERTIFICATION:**
American Board of Orthopedic Surgery, July, 1992
Re-Certification: 1/1/2013 – 12/31/2032

**EDUCATION:**
9/1976-6/1980:
Davidson College, Davidson, North Carolina
B.S., Pre-medicine
Honor Scholar
Lunsford Richardson Scholar
Omnicron Delta Kappa (National Leadership Society)
Four-year Letterman-Varsity Football

7/1980 – 6/1984:
University of North Carolina at Chapel Hill, M.D.

7/1984 – 6/1985:
General Surgery Internship
Wake Forest University
North Carolina Baptist Hospital
Winston-Salem, North Carolina
7/1985 – 6/1989:

Orthopedic Surgery Residency
Wake Forest University
North Carolina Baptist Hospital,
Winston-Salem, North Carolina
7/1989 – 6/1990:
Spine Fellowship,
University of Maryland, Baltimore, Maryland

**ACADEMIC APPOINTMENT:**

Associate Professor of Orthopedics Atrium Health

**ORGANIZATIONS:**

American Academy of Orthopaedic Surgeons
AOSpine
Bowman Gray Orthopedic Association
Cervical Spine Research Society
Lumbar Spine Research Society
- Ethics Committee – 2019 thru 2021
Mecklenburg County Medical Society
North Carolina Orthopedic Association
- Secretary/Treasurer 2005
- President 2008
North Carolina Spine Society
- President 2007 – designed the Logo for the NC Spine Society
North American Spine Society
Orthopedic Trauma Association
North Carolina Medical Society
Spine Arthroplasty Society

**HOSPITAL AFFILIATIONS:**

Novant Presbyterian-Orthopaedic Hospital
Novant Presbyterian Hospital
Atrium/Carolinas Medical Center
University Hospital
Atrium/CMC Mercy Hospital
Atrium/CMC Mercy Hospital South
Novant Presbyterian Hospital – Matthews
Mallard Creek Surgery Center

**PUBLICATIONS:**

**Abstracts:**

Webb LX, Rhyne AL, Wilson JR, Lange R, Hansen ST. Two-hole plate fixation for traumatic symphysis pubis diastasis. Southern Med J 1986;79:39.
Edwards, CC, Rhyne, AL, Wiegel, MC, Levine, AM. Long Term Results Treating Burst Fractures With Rod Sleeve Instrumentation: *Is Anterior Grafting Necessary?* Orthopaedic Transactions 1991, 15:728.

Alfred Rhyne, MD, Donna Nussman, PhD, Joseph Duncan, MD, Susan Odum, MA, Med, Matt Chapman, BS. "Vitoss: A Metrospective Review" Charlotte Orthopedic Research Institute submitted for publication, Orthovita copyright under current transfer to publishers, July 2004

**JOURNALS:**

Webb LX, Wilson JR, Rhyne AL, Gristina AG, Meredith JH, Hansen ST. Two-hole plate fixation for traumatic symphysis pubis diastasis. J Trauma 1988; 5:813-817.

Edwards CC, Rhyne AL. Late treatment of Post Traumatic Kyphosis. Seminars in Spine Surgery, 1990; 2; 1; 66-69.

**JOURNALS CONT:**

Levine, A.M., Rhyne, A. L. Traumatic Spondylolisthesis of the Axis. Seminars in Spine Surgery, 1991; 3; 1, 47-60.

Darden BV, Wade JF, Alexander R, Wood KE, Rhyne AL, Hicks JR. Far Lateral Disc Herniations Treated by Microscopic Fragment Excision. Spine 1995; 20:1500-1505.

Rhyne AL, Smith SE, Wood KE, Darden BD. Outcome of Unoperated Discogram-Positive Low Back Pain. Spine 1995;20:1997-2001

Rhyne, AL; Banit, D; Laxer, EB; Odum, S, "Kypholplasty: Clinical Experience and Results" , Journal of Orthopaedic Trauma (Submitted)

Jackson, RS; Banit, D; Rhyne, AL; Darden, BV, "Upper Cervical Spine Injuries" Journal American Academy of Orthopaedic Surgeons, Vol 10, No 4, pp 271-280, July/August, 2002

Rhyne, AL, "Kyphoplasty: Report of 82 Thoracolumbar Osteoporotic Vertebral Fractures" Journal of Orthopedic Trauma 2004;18:294-299

Rhyne, AL; Spector, LR; Schmidt, GL; Madigan, L; Odum, SM; Darden, BV; Siddiqui, F, "Anatomic Mapping and Evaluation of the Esophagus in Relation to the Cervical Vertebral Body"   Accepted European Spine Journal, August 2007, Volume 16, No. 8 pp 1267-1272

Rhyne, AL; Spector, LR; Madigan, L; Darden, BV; Kim, DH; "Cauda Equina Syndrome: Diagnosis and Management" J Am Acad Orthop Surg 2008 16: 471-479.

Espiritu, Michael; Darden, Bruce; Rhyne, Alfred; "Dural Tears in Spinal Surgery", JAAOS, 2010; 18:9 537-545

Segebarth, B; Datta, JC; Darden, BV; Janssen, ME; Murrey, DB; Rhyne, AL; Beckham, Ruth, RN; Ponce, Caroline, "Incidence of *Dysphagia Comparing Cervical Arthroplasty and ACDF*" SAS Journal 4 (2010) 3-8

Kelly, W; Rhyne, AL; Darden, BV; "*Pathoanatomy and Surgical approach for a large L5-S1 herniated disc in the clinical setting of Cauda Equina Syndrome*" accepted abstract to LSRS 2010

Gruber, H.E., Rhyne, A.L., Hansen, K.J., Phillips, R., Hoelscher, G.L. Ingram, J.A. Norton, HJ, Hanley, EN. *Deleterious effects of discography radiocontrast solution on human annulus cells in vitro: Changes in cell viability, proliferation, and apoptosis in exposed cells.* The Spine Journal 12 (2012) 329-335.

Rhyne, AL, et al; *Oxiplex Reduces Leg Pain, Back Pain and Associated Symptoms Following Lumbar Discectomy* Spine 2012 37:8

**CURRICULUM VITAE**
**Alfred L. Rhyne III, MD**
**Page 4 of 18**

**JOURNALS CONT:**

Grimm, BD; Blessinger, BJ; Darden, BV; Brigham CD; Rhyne, AL; Kneisl, J; Laxer, EB; *Mimickers of Lumbar Radiculopathy* JAAOS-submitted March, 2013

"Wrong Level Spine Surgery" Grimm BD, Laxer EB, Rhyne AL, Darden BV – JBJS Reviews – submitted March, 2013. Accepted September 2013.

Laxer EB; Brigham CD; Darden BV; Segebarth PB; Milam RA; Rhyne AL; Odum S; Spector LR;*Adjacent Segment Degeneration Following ProDisc-C Total Disc Replacement and Anterior Cervical Discectomy and Fusion: Does Surgeon Bias Effect Radiographic Interpretation?"*
Spine – submitted August, 2013
Europen Spine Journal, 2017, Vol.26:4, pp 1199-1204

Rhyne AL; Fischgrund JS, et al: *Efficacy of the INTRACEPT System for the Treatment of Chronic Low Back Pain.* New England Journal of Medicine-submitted November 2016

Adjacent Segment Degeneration following ProDisc-C Total Disc Replacement and Anterior Cervical Discectomy and Fusion: Does Surgeon Bias Effect Radiographic Interpretation? Laxer EB; Brigham CD; Darden BV; Segebarth PB; Milam RA; Rhyne AL; Odum S; Spector LR – European Spine Journal. 2017; 26:1199-1204

*Intraosseous Basivertebral Nerve Ablation for the Treatment of Chronic Low Back Pain: a Prospective Randomized Double-blind Sham-controlled Multi-center study.* JS Fischgrund; A Rhyne; J Franke; R Sasso; S Kitchel; H Bae; C Yeung; E Truumees; M. Schaufele; P. Yuan; P. Vajkoczy; M. DePalma; DG Anderson; L. Thibodeau; B. Meyer; *European Spine Journal.* (2018) 27:1146-1156

*Intraosseous Basivertebral Nerve Ablation for the Treatment of Chronic Low Back Pain: 2-Year Results from a Prospective Randomized Double-Blind Sham-Controlled Multicenter Study.* JS Fischgrund; AL Rhyne; J Franke; R Sasso; S Kitchel; H Bae; C. Yeung, E. Truumees; M Schaufele; P Yuan; P Vajkoczy; M Depalma; DG Anderson; L Thibodeau; B Myer: *International Journal of the Spine Surgery* Vol 13, No. 2, 2019, pp. 110-119 https://doi.org/10.14444/6015

2Markman, JD; Rhyne, AL; Sasso, RC; Patel, AA; Hsu WK; Fischgrund, JS; Edidin AA; Vajkcozy, Petter. *Association Between Opioid Use and Patient Reported Outcomes in a Randomized Trial Evaluating Basivertebral Nerve Ablation for the Relief of Chronic Low Back Pain.* *Neurosurgery.* VOL 10.2019. 2020 March 1:86 (3): 343-347 doi: 10.1093/neuros/nyz093.

4:25-cv-07045-SAL    Date Filed 04/20/26    Entry Number 18-2    Page 5 of 18

**JOURNALS CONT:**

Fischgrund, JS; Rhyne, AL; Macadaeg, K; Moore, G; Kamrava, E; Yeung, C; et al. *Long-term outcomes following intraosseous basivertebral nerve ablation for the treatment of chronic low back pain: 5-year treatment arm results from a prospective randomized double-blind sham-controlled multi-center study.* al. European Spine Journal,. August 29 (8): 1925-1934.  Epub 2020 May 25 https://doi.org/10.1007/s00586-020-06448-x

Alfred L. Rhyne; Leo Spector; Kirk Thompson. *Great Vessel Injury in Lumbar Spine Surgery: Presentation, Diagnosis, and Treatment.* Submitted to Journal of AAOS. 2021

Brandon Huggins, MD; Alfred Rhyne, MD; Leo Spector, MD; *Reoperation following Lumbar Discecomy for Cauda Equina Syndrome: Retrospective Review.* Publication pending Spine, October 2021

Kirk Thompson, MD; Alfred Rhyne, MD; Nicholas Johnson, MD; James Stokman, MD; Bruce Darden, MD; Alden Milam, MD; Eric Laxer, MD; Leo Spector, MD; Brad Segebarth, MD; Todd M. Chapman,MD. *High Rate of Reoperation Following Limited Decompression of Lumbar Facet Cysts.* JAAOS. Accepted for publication, May 2022, (JAAOS-D-21-00258R1)

**PRESENTATIONS:**

*Two-hole plate fixation for traumatic symphysis pubis diastasis.* Southern Medical Association Annual Scientific Assembly, Atlanta, GA, November, 1986

*Two-hole plate fixation for traumatic symphysis pubis diastasis.* American Academy of Orthopaedic Surgeons 54th Annual Meeting, San Francisco, CA, January, 1987.

Instructor, Second International Wrist Arthroscopy Symposium, Winston-Salem, NC, January, 1988.

*Fractures of the 5th Metatarsal,* Wake Forest University Alumni Meeting, Wild Dunes, SC, April, 1989.

*Primary Tumors of the Spine,* University of Maryland, January, 1990.

*Reduction of Kyphotic Deformities. Advanced Pedicle Fixation of the Lumbar Spine*; Scoliosis Research Society and North American Spine Society, Dallas, TX, March, 1990.

*Medical-Legal Overview of Spinal Injuries,* University of Maryland Law School, March, 1990.

*Spinal Nonunions Diagnosed by Quantitative Flexion-Extension Films.* Combined North Carolina/South Carolina Orthopedic Association, Asheville, NC, October 1990

*Long Term Follow-up of Thoraco-Lumbar Burst Fracture Treated with   Rod Sleeve Instrumentation.* Orthopedic Trauma Association, Vancouver, Canada, October, 1990.

*Thoraco-Lumbar Fractures*, Wake Forest University 1990 Alumni, Winston-Salem, NC, October, 1990.

*Long Term Follow-up of Thoraco-Lumbar Burst Fractures Treated with Rod Sleeve Instrumentation.* American Academy of Orthopaedic Surgeons 58th Annual Meeting, Anaheim, CA, February, 1991

*Traumatic Dural Lacerations and Low Lumbar Burst Fractures.* American Spinal Injury Association, Seattle, Washington, April 7-9, 1991

*Thoracic and Lumbar Fractures.* Southeastern Fracture Symposium, High Point, NC, January 16, 1992.

*Traumatic Dural Lacerations and Low Lumbar Burst Fractures.* American Academy of Orthopaedic Surgeons 59th Annual Meeting, Washington, DC, February, 1992

*Traumatic Dural Lacerations and Low Lumbar Burst Fractures.* Federation of Spine Associations, Washington, DC, February, 1992.


## PRESENTATIONS CONT:


Wood KE, Darden BV, Rhyne AL. *Posterior Kyphoreduction Technique using Segmental Instrumentation.* Poster Exhibit. Scoliosis Research Society Meeting, 1994.

Darden BV, Wood KE, Hatley MK, Skelly J, Owen JH, Kostuik J. *Evaluation of Pedicle Screw Insertion Monitored by Intraoperative Evoked Electromyography.* Poster Exhibit. Scoliosis Research Society Meeting, 1994.

Rhyne AL, Smith SE, Wood KE, Darden BV. *Outcome of Unoperated Discogram-Positive Low Back Pain.* Presented at the 9th Annual Meeting of NASS, October 19-22, 1994, Minneapolis, MN.

Rhyne AL, Smith SE, Wood KE, Darden BV. *Outcome of Unoperated Discogram-Positive Low Back Pain.* Presented at North/South Carolina Orthopaedic Association Annual Meeting, Asheville, NC, October 1994.

Rhyne AL, Smith SE, Wood KE, Darden BV. *Outcome of Unoperated Discogram-Positive Low Back Pain.* Presented at the 1995 Annual Meeting of AAOS, February, 1995, Orlando, Florida.

*Degenerative and Morphologic Changes of the Cervical Spine in Professional Soccer Players,* American Orthopaedic Society for Sports Medicine Annual Meeting, Sun Valley, Idaho, June 22-25, 1997.

*Evaluation and Treatment of Cervical Spine in Athletes,* 3rd Annual Spine Symposium, Bristol, Tennessee, Spring, 1998.

*Evaluation and Treatment of Thoracic Kyphosis,* 3rd Annual Spine Symposium, Bristol, Tennessee, Spring, 1998.

*Outcome of Unoperated Discogram –Positive Low Back Pain,* 3rd Annual Spine Symposium, Bristol, Tennessee, Spring, 1998.

*Kyphoreduction Techniques,* Jackson, RS; Darden, BV; Rhyne, AL; Wood, KE.: Presented: Isola Study Group Meeting, Charlotte, NC, May 1999

*The Role of the Spine Specialist*, Charlotte Orthopedic Specialists Spine Symposium, Charlotte, NC, July 21, 1999.

*Application of Tongs & Halo*, Orthopedic Trauma Association 15th Annual Meeting, Charlotte, NC, October 21, 1999.

*Utilization of Adcon-L In the Prevention of Peridural Fibrosis*, Mexican Orthopedic & Trauma Association, Guadalajara, Mexico, November, 1999.

*Side Bending Open Mouth Odontoid X-rays for the Evaluation of Lateral C1-2 Instability*, Alfred L. Rhyne, MD and James Stubbard, MD, Cervical Spine Research Society 28th Annual Meeting, Charleston, SC, November 30 thru December 3, 2000. (Poster Exhibit)

*Kyphoplasty: Analysis of Our First Year*, Alfred L. Rhyne, MD and Eric B. Laxer, MD, North Carolina Spine Society Annual Meeting Program/2001 A Spine Odyssey, Southern Pines, NC, April 20 – 22, 2001

*Kyphoplasties: Analysis of Our First Year*, Alfred L. Rhyne, MD, Lieden, Netherlands May 17 – 18, 2001

## PRESENTATIONS CONT:

*Kyphoplasty and Its Role in the Treatment of Acute Vertebral Compression Fractures*, Alfred L. Rhyne, MD, New Perspectives in the Management of the Rheumatic Diseases: Update 2001, Hallandale Beach, Florida, September 7-9, 2001.

*Kyphoplasty: Analysis of Our First Year*, Alfred L. Rhyne, MD, North Carolina Orthopaedic Association Annual Meeting, Wrightsville Beach, NC September 28-30, 2001.

*Comparison of Fusion Rates and Fusion Quality with Anterior Cervical Fusion Using Fibular Allograft VS Iliac Crest Allograft*, Daniel B. Murrey, MD; Bruce V. Darden, MD; Alfred L. Rhyne, MD; Eric B. Laxer, MD, 29th Annual Meeting of the Cervical Spine Research Society in Monterey, CA, November 29 thru December 1, 2001.

"*Low Back Pain in Primary Care*" Alfred L. Rhyne, MD, Pharmacia Incorporated, Charlotte, NC, January 16, 2002.

"*Inflatable Bone Tamp Uses in Cancellous Bone*" Al Rhyne, MD; Robert Hart, MD, Stanford University School of Medicine, Palo Alto, CA, March 22, 23, 2002

"*Failure of Anterior Cervical Fusion Using VG3 Allograft Without Instrumentation: A Case Series*" Alfred Rhyne, MD; Daxes Banit, MD, CSRS 30th Annual Meeting December 6, 2002, Miami, Florida, Poster.

*Kyphoplasty: Treatment of Vertebral Body Compression Fractures*, Visiting Professor at UNC-Chapel Hill, NC, December 11, 2002.

Inflatable Bone Tamp Uses in Cancellous Bone, The Anatomical Dissection Lab at Memorial Health, University Medical Center, Savannah, Georgia, January 25, 2003.

*Prevention of Neural Adhesions*, FzioMed, Las Vegas, Nevada, February 21, 2004

"*Treatment of Vertebral Compression Fractures with Balloon Kyphoplasty*" Carolinas Medical Center – Mercy, October 1, 2004.

"*A Cadaveric Study Comparing the Effect of an Artificial Cervical Disc Versus Anterior Cervical Simulated Fusion on Adjacent Segment Disc Pressures*", E.B. Laxer, MD; D.B. Murrey, MD; B.V. Darden, MD; D. Nussman, PhD; J. Duncan, MD; R.A. Milam, MD; A.L. Rhyne, MD; B.S. Claytor, MD; Presentation at North Carolina Spine Society, Asheville, N.C., October 7-9, 2004

"*Early Results of a Randomized Controlled Clinical Trial Comparing Prodisc-C and ACDF for Cervical Radiculopathy*" D.B. Murrey, MD; B.V. Darden, MD; E.B. laxer, MD; A.L. Rhyne, MD; R.A. Milam, MD; M. Davies, PhD; t. Blalock, BS; S. Bryant, BSD; W.G. Johnston, MS; S. Larsne, BS; A. Rocha; Faisal Siddiqui, MD, Presentation at North Carolina Spine Society, October 7-9, 2004, Asheville, NC,

"*Minimally Invasive Treatment of Vertebral Compression Fractures*" Internal Medicine Educational   Conference Series, Presbyterian Hospital, Charlotte, NC, October 20, 2004
"*Management of Degeneration of the Lumbar Spine*", AO ASIF Spine Course for Operating Room  Personnel, Charlotte, NC, October 23, 2004

"*The Reflex Hybrid Anterior Cervical Plate System*", Presentation at NASS Meeting for Stryker, Chicago, IL, October 27, 2004


**PRESENTATIONS CONT:**

Daniel B. Murrey, MD; Bruce V. Darden, MD; Eric B. Laxer, MD; Alfred L. Rhyne, MD; Susan Odum, MED, MA; Alan D. Haney "*Early Results of a Randomized Controlled Clinical Trial Comparing Prodics-C and ACDF for Cervical Radiculopathy*" Cervical Spine Research Society 32nd Annual Meeting, Boston, Massachusetts, 12/9-11/2004, Honored as Best Poster Presentation for 2004 Annual Meeting

Eric Laxer, MD; Daniel Murrey, MD; Donna Nussman, PhD; Joseph Duncan, MD; Bruce Darden, MD;; Brian Claytor, MD; Alden Milam, MD; Alfred Rhyne, MD, "*A Cadaveric Study Comparing the Effect of an Artificial Cervical Disc versus Anterior Cervical*

*Simulated Fusion on Adjacent Segment Disc Pressures*" Spine Arthroplasty Society Global Symposium, May 4-7, 2005, New York, Poster presentation

*Early Results of a Randomized Controlled Trial Comparing Prodisc-C and ACDF for Cervical Radiculpathy*, D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, et al., Cervical Spine Research Society Annual Meeting – European Section, Rome, Italy; June 2005

B. Darden, A. Rhyne, E. Laxer, D. Murrey, R. Milam, J. Duncan. *A Cadaveric Study Comparing the Effect of an Artificial Cervical Disc Versus Anterior Cervical Simulated Fusion on Adjacent Segment Disc Pressures,* Cervical Spine Research Society Annual Meeting – European Section, Rome, Italy, June 2005

Eric Laxer, MD; Bruce Darden, MD; Brian Claytor, MD; Daniel Murrey, MD; Alden Milam, MD; Alfred Rhyne, MD; Timothy Powers, MD; Donna Nussman, PhD, "*Adjacent Segment Disc Pressures Following Two-Level Total Cervical Disc*" Presentation at North Carolina Spine Society, September 9-10, 2005, Greensboro, NC

Alfred Rhyne, MD; Faisal Siddiqui, MD; Bruce Darden, MD; Daniel Murrey, MD; Eric Laxer, MD; Alden Milam, MD; Gary Schmidt, MD *"Comparison of Post-operative dysphagia in prodisc C vs. ACDF"* Presentation at North Carolina Spine Society, September 9-10, 2005, Greensboro, NC

Alfred Rhyne, MD; Faisal Siggiqui, MD; Bruce Darden, MD; Eric Laxer, MD; Daniel Murrey, MD; Alden Milam, MD; Gary Schmidt, MD *"Anatomic Mapping & Evaluation of the Esophagus in Relation to the Cervical Vertebral body"* Presentation at North Carolina Spine Society, September 9-10, 2005, Greensboro, NC

*"Anatomic Mapping & Evaluation of the Esophagus in Relation to the Cervical Vertebral Body"* Alfred L. Rhyne, MD; Faisal Siddiqui, MD; Bruce V. Darden, MD; Eric Laxer, MD; Daniel B. Murrey, MD; Alden Milam, MD, Cervical Spine Research Society 33rd Annual Meeting, December 1-4, 2005, San Diego, CA

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, M. Janssen, et al. *Early Results of Randomized Controlled Clinical Trial Comparing Prodisc-C and ACDF for Cervical Radiculopathy,* Cervical Spine Research Society Annual Meeting, San Diego, CA, December 1-4, 2005

## PRESENTATIONS CONT:

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, F. Siddiqui, J. Datta, M. Janssen, *Incidence of Post-Operative Dysphagia Following Total Cervical Disc Replacement vs. Anterior Cervical Discectomy and Fusion with Instrumentation,* Cervical Spine Research Society Annual Meeting, San Diego, CA, December 1-4, 2005 (Poster)

Moderator and case presentations, Stryker Spine International Symposium *"Minimally Invasive, Maximal Benefit?"* Naples, Italy, April 6-8, 2006

*"Emerging Strategies for Anterior Cervical Fusion"* Presentation at Stryker Spine Emerging Strategies in Cervical Spine Surgery, April 28-29, 2006 Charlotte, NC

*"Lumbar Disc Herniation"* Presentation at Carolinas Medical Center Department of Orthopedic Surgery, May 25, 2006, Charlotte, NC

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, M. Janssen, et al. *Early Results of Randomized Controlled Clinical Trial Comparing Prodisc-C and ACDF for Cervical Radiculopathy,* Spine Arthroplasty Society 6th Annual Meeting, Montreal, Canada, May 2006

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, F. Siddiqui, M. Janssen, *Incidence of Post-Operative Dysphagia Following Total Cervical Disc Replacement vs. Anterior Cervical Discectomy and Fusion with Instrumentation,* Spine Arthroplasty Society 6th Annual Meeting, Montreal, Canada, May 2006 (Poster)

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, F. Siddiqui, M. Janssen, *Incidence of Post-Operative Dysphagia Following Total Cervical Disc Replacement vs. Anterior Cervical Discectomy and Fusion with Instrumentation,* Cervical Spine Research Society European Section Annual Meeting, Berlin, Germany, May 17-18, 2006

Darden, II, BV: Rhyne, AL; Murrey, DB; Laxer, EB; Milam, RA: Claytor, BS; Schmidt, G: *Pressures Following Two Level Cervical Disc Replacement vs. Simulated Anterior Cervical Fusion:* Spine Arthroplasty Society 5th Annual Meeting, New York, NY May 2006-poster

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, M. Janssen, et al. *Early Results of Randomized Controlled Clinical Trial Comparing Prodisc-C and ACDF for Cervical Radiculopathy,* Cervical Spine Research Society – European Section Berlin, Germany, May 17-18, 2006

Darden, II, BV: Rhyne, AL; Murrey, DB; Laxer, EB; Milam, RA: Claytor, BS; Schmidt, G: *Pressures Following Two Level Cervical Disc Replacement vs. Simulated Anterior Cervical Fusion:* Present: International Research Society-Spinal Deformities-poster-Ghent Belgium, June 21-24, 2006

*"Treatment of thoracolumbar compression fractures: Kyphoplasty and other techniques"* Oscar Miller Day – October 20, 2006, Charlotte, NC

D. Murrey, MD, B. Darden, MD, E. Laxer, MD, A. Rhyne, MD, A. Milam, MD, F. Siddiqui, MD, J Datta, M Janssen. *Incidence of Post-Operative Dysphagia Following Total Cervical disc Replacement vs. Anterior Cervical Discectomy and Fusion with Instrumentation:* Presented: Cervical Spine Research Society Annual Meeting, Palm Beach, FL Nov 30-Dec 1, 2006-poster

## PRESENTATIONS (CONT.)

19th Annual Disorders of the Spine, *"Addressing Dysphagia With Novel, Low Profile, Anterior Cervical Plate System"* January 13-19, 2007, Whistler, Canada

2007 Stryker National Sales Meeting, *"Can We Improve On The Current Rectangular Anterior Cervical Plate?"* January 25-28, 2007, Las Vegas, Nevada

D. Murrey, B. Darden, E. Laxer, A. Rhyne, A. Milam, M. Davies, et al. *Early Results of a Randomized Controlled Clinical Trial Comparing Prodisc-C and ACDF for Cervical Radiculopathy,* 5th Annual AO Spine North American Fellows Forum, Banff, Canada, March 2007

Stryker Meeting Controversy in the Cervical Spine, *"Anterior Cervical Corpectomy and Fusion"*, March 29 – 30, 2007, Fort Lauderdale, FLA

Indianapolis Stryker Spine Meeting *"Dysphagia and the Zero Profile Plate"*, April 20 – 21, 2007, Indianapolis, Wisconsin

Stryker: The Spine Study Group 18th Symposium: Clinical Challenges & Their Treatment Options, *"Zero Profile Plate"* Palm Beach, Florida, May 3-6, 2007

Spector LR, Rhyne A, Murrey DB, Datta JC, Darden BV, Janssen ME, Siddiqui F, Beckham R, Ponce C, Odum S: Incidence of Dysphagia in Anterior Cervical Surgery: A Comparison of

Cervical Arthroplasty versus Anterior Cervical Discectomy and Fusion with Plate Fixation. Podium Presentation - Spine Arthroplasty Society (SAS) Summit 7, May 2007. Berlin, Germany.

Stryker Spine: Common Problems Innovative Solutions, "*Anterior Cervical Discectomy and Fusion*" and *Laminectomy vs. Laminoplasty*" Boca Grande, Florida, May 31 – June 2, 2007

Stryker Spine: Advanced Cervical Spine Reconstruction, "*Cervical Plating Complications*" Las Vegas, Nevada, June 8, 2007

FzioMed Oxiplex/SP Data Meeting, Marina de Rey, CA, June 28-30, 2007

14th Annual International Meeting on Advanced Spine Techniques (IMAST), "*Minimizing Dysphagia: A Novel Approach to Anterior Cervical Plating*", July 11 – 14, 2007, Paradise Island, Bahamas

NCSS Annual Meeting, "*Cervical Plates and Dysphagia*", Ballantyne Resort, Charlotte, NC, August 24-25, 2007

FzioMed CMS Meeting, September 27, 2007, Baltimore, Maryland

## PRESENTATIONS (CONT.)

NASS 22nd Annual Meeting, October 23 – 24, 2007, Austin, Texas

2007 NCOA Annual Meeting, October 26-28, 2007, Myrtle Beach, SC

Kyphon - *X-Stop Interspinous Process Decompression* Roundtable meeting, October 13, 2007, Hot Springs, VA (Faculty)

FzioMed – *CMS New Technologies* Presentation, November 8, 2007, Baltimore, Maryland (Faculty)

Stryker – *Controversies in Surgical Treatment of Multi-Level Cervical Stenosis,* November 9, 2007, Fort Lauderdale, FL (Faculty)

35th CSRS Annual Meeting, San Francisco, CA, November 28 thru December 1, 2007

Duke University – "*Cervical Plates and Dysphagia*" Durham, NC, January 19, 2008

Stryker – OrthoCarolina Spine Center/Carolinas Medical Center Fellows Alumni Symposium, *Cervical Dysphagia: Avoidance and Cervical Plate Design Consideration,* Charlotte, NC, April 5, 2008

Rhyne, AL; Darden, BV; Velez, J; Clayton, B. *Lumbar Facet Cysts: A Radiographic Review With Proposed Classification Scheme. Presented*: Lumbar Spine Research Society 3rd Annual Meeting, Chicago, IL April 2010

FzioMed: Rhyne, AL, *Postoperative Fibrosis: Myth or Reality*

Presented:    Congresso de Cirugia Espinhal 2010 – Maksoud Plaza, San Paulo, Brazil, April 29 thru May 1, 2010

Rhyne, Alfred; Velez, Jason; Claytor, Brian; Odum, Susan; Darden, Bruce; *Lumbar Facet Cysts: A Radiographic Review with Proposed Classification Scheme:* AO Spine North America Fellows Forum, Banff, Canada (Poster Presentation)

Course Chairman: Stryker Spine, Controversies & Complications in the Cervical Spine
Presented: *Complications of Anterior Cervical Surgery*
Carolinas Medical Center-Mercy, Charlotte, NC
October 29, 2010

Kelley, W; Rhyne, AL; Dardne, BV. *Treatment of Extremely Large L5-S1 Disc Herniations.* Poster Presented – AO Spine North American Residents and Fellows Meeting, Banff, Canada, April 2011

Spector, LR; Darden, BV; Segebarth, PB, Patti, JW; Milam, RA; Brigham, CD; Rhyne, AL; Laxer, EB, Odum, SM: *Adjacent Segment Degeneration following ProDisc-C Total Disc Replacement*

## PRESENTATIONS (CONT.)

*(DR) and Anterior Cervical Discectomy and Fusion (ACDF) – Does Surgeon Bias Effect Radiographic Interpretation?*
Presented:    AONA Spine Residents and Fellows forum, Banff, Canada, March 15-18, 2012
              International Society for the Advancement of Spine Surgery (ISASS), 12th Annual
              Meeting, March 20 – 23, 2012, Barcelona Spain
              CSRS European Section Annual Meeting 2012, Amsterdam, Netherlands, May 28 –
              June 1, 2012
              CSRS 40th Annual Meeting, December 5-8, 2012, Chicago

Platform Presentation: Gruber, HE; Rhyne, AL; Hansen, K; Phillips, R; Hoelscher, G; Norton, HN; Hanley, EN: *Discography contrast solution exposure has deleterious effects on cell proliferation and viability of human annulus cells in vitro.* 2011 Meeting of the International Society for the Study of the Lumbar Spine, June 14-18, 2011, Gothenburg, Sweden (Dr Hanley to attend)

Guess speaker at the Kansas City Orthopedic Society Meeting, Kansas City, MO October 6-7, 2011

Platform Presentation: Gruber, H.E., Rhyne, A.L., Hansen, K.J., Phillips, R., Hoelscher, G.L. Ingram, J.A. Norton, HJ, Hanley, EN. *Deleterious effects of discography radiocontrast solution on human annulus cells in vitro: Changes in cell viability, proliferation, and apoptosis in exposed cells.* N. American Spine Society, November 2-5, 2011, Chicago, IL. The Spine Journal 11:10S): 41S-42S, 2011.

Platform Presentation: Spector, L; Rhyne, AL, October 2012 Oscar Miller Symposium, *Cauda Equina Syndrome*, October, Charlotte, NC

Kesman, T; Murrey, DB; Rhyne, AL; Laxer, EB; Milam, RA; Darden, BV; The Seven Year Results of the Randomized, Prospective IDE Study Comparing ProDisc-C and ACDF: A Single Center Results, Presented: AONA Spine Residents and Fellows forum, Banff, Canada March 15-18, 2012

Guess speaker: *"Minimally Invasive Surgery: Overview of Techniques, Advantages and Disadvantages."* Stryker Spine Product Boot Camp: Techniques and Training, Las Vegas, NV, May 31, 2013

Case Presentation, *Complications of Anterior Cervical Surgery*, Spine Conference – Novant Health, Charlotte, NC, August 22, 2013

Case Presentation, *Low Back Pain and Antibiotcs*, Spine Conference @ Novant - Charlotte Orthopedic Hospital, December 12, 2013

Guess speaker: *"Treatment of the Cervical Spine featuring Stryker Spine Products"* Stanford University Medical Center Alumni Meeting: Stryker Spine System Review, Las Vegas, NV, August 16, 2014.

## PRESENTATIONS (CONT.)

*Complications of Cervical Spine Surgery* CSRS Traveling Fellowship, Charlotte, NC April 29, - May 1, 2015

Guess Speaker: *"Overview of Techniques, Advantages and Disadvantages* " Stanford Univeristy Medical Center Alumni Meeting: Advanced Tech & Training, Las Vegas, NV, August 21 thru 22, 2015.

Case Presentation: *"Cervical Degenerative Disc Disease"* Weekly Spine Confernece by Novant Health & OrthoCarolina, Charlotte, NC, January 29, 2016

Faculty: *"Anterior Cervical Decompression and Fusion"* at Stryker Spine: Essentials of Early Practice Course, Tampa, FL, February 5, 2016

Educational Presentation: "Lumbar Spine" Novant Charlotte Orthopedic Hospital, Charlotte, NC, August 8, 2016

Presentation: **Alfred Rhyne, MD**; Jeffrey Fischgrund, MD; et al: *"Treatment of Chronic Low Back Pain via Ablation of the Basivertebral Nerve: Results of the SMART Trial",* Lumbar Spine Research Society 10TH Annual Meeting; Chicago, IL; April 6-7, 2017

Poster Presentation: *Treatment of Chronic Low Back Pain via Ablation of Basirvertebral nerve: Results of the SMART Trial,* ISSLS Annual Meeting, Athens, Greece, May 29-June 2, 2017

Chapman, Ruder, Milam, Segebarth, Spector, Darden, Rhyne, Laxer. Assessment of Robotic Guided Instrumentation: Accuracy, Learning Curve, and Revisions. Podium Presentation at NCSS August 2017, Charlotte, NC

Presentation: *FDA Trial on Ablation of Basivertebral Nerve*, OrthoCarolina Spine Center Round Table, February 22, 2018, Charlotte, NC

Conti Mica MR, Odum SM, Silverstein MP, Chapman TM, Segebarth PB, Spector LR, Milam RA, Rhyne AL, Darden BV, Laxer EB. *The Impact of Online Physician Rating Websites on Orthopedic Clinical Practice.* Podium Presentation at AO Spine, March 2018, Banff, CA

Silverstein M, Odum SM, Conti Mica MR, Chapman TM, Darden BV, laxer EB, Milam RA, Rhyne AL, Segebarth PB, Spector LR. *Does Payer Type Effect Patient Satisfaction Scores?* Podium Presentation at AO Spine, March 2018 Banff, CA

Presentation: *Relationship betwwen Opion use and Outcomes in patients Undergoing Basivertebral Nerve Ablation for Chronic Low Back Pain*: Rhyne, Alfred L.; Edidin, AV, Spine Summit 2018, The 34th Annual Meetin of the AANS/CNS Section on Disorders of the Spine & Peripheral Nerves, Oralndo, Florida, March 14-17, 2018

**PRESENTATIONS CONT:**

Presentation: Lumbar Spine Research Society 11th Annual Meeting, *Does Payer Type Effect Patient Satisfaction Scores?*, Silverstein, M; Conti Mica, M; Rhyne, AL; Milam, RA; Laxer, EB; Spector, LR; Darden, BV; Segebarth PB; Odum, S, Chicago, IL April 5-6, 2018

Podium Presentation: *Relationship between Opioid use and Outcomes in patients Undergoing Basivertebral Nerve Ablation for Chronic Low Back Pain*, ISASS 18th Annual Conference, Toronto, Canada, April 11-13, 2018

Presentation: *Relationship Between Opioid Use and Outcomes in Patients Undergoing Basivertebral Nerve Ablation for Chronic Low Back Pain:* Frank, Joerg; Rhyne, Alfred L.; Sasso, Rick; Fischgrund, Jeffrey; Patel, Alpesh; Hsu, Wellington; Edidin, Av; Vajkoczy, Peter. Eurospine Spring Specialitty Meeting 2018, Vienna, Austria April 26-27, 2018

E-Poster: *Relationship betwwen Opioid use and Outcomes in Patients Undergoing Basivertebral nerve Ablation for Chronic Low Back Pain,* 2018 American Association of Neurological Surgeons (AANS) 2018 Annual Meeting, April 28 thru May 2, 2018, New Orleans

Presentation: *The Intracept Procedure for the Relief of Chronic Low Back Pain*, 15th Annual State of Spine Surgery Think Tank, Relievant Medsystems, Inc., June 20, 2018 – June 23, 2018, Palm Beach, Aruba

Presentation: *Modic Disk,* OrthoCarolina Physical Therapy In-service, August 8, 2018, Charlotte, NC

Abstract Title: *The Impact of Online Physician Rating Websties on Orthopaedic Clinical Practice*. Michael R. Conti Mica, MD; Susan M. Odum, Phd; Michael P. Silverstein, MD; T. Matt Chapman, MD; P Brad Segebarth, MD; Leo R. Spector, MD; R. Alden Milam, MD; Afred L. Rhyne, MD; Burce V. Darden, MD; Eric B. Laxer, MD. Submission type: Poster, AOA Annual Meeting 09/06/2018

Presentation: Intracept Clinical Experience: North American Spine Society Relievant Workshop, Los Anegles, 9/27/18

Conti Mica MR, Odum SM, Silverstein MP, Chapman TM, Segebarth PB, Spector LR, Milam RA, Rhyne AL, Darden BV, Laxer EB. *The Impact of Online Physician Rating Websites on Orthopedic Clinical Practice.* Podium Presentation at NASS Spetember 2018, Los Angeles, CA

Silverstein MP, Odum S, Conti Mica M, Chapman TM, Darden B, Laxer E, Milam RA, Rhyne A, Segebarth PB, **Spector LR**. Does Payer Type Effect Patient Satisfaction Scores? Podium

Presentations - Lumbar Spine Research Society (LSRS) Annual Meeting; Chicago, IL. April 4-6, 2018; Cervical Spine Research Society (CSRS) Annual Meeting; Scottsdale, AZ. Dec 5-8, 2018

Visiting Professor: Grand Rounds Presentation, *Cauda Equina Syndrome,*Beaumont Grand Rounds, Rochester, MI; January 11, 2019,

**RESENTATIONS CONT:**

Abstract Title: *Two-Year Outcomes of Patients Treated with BVM Ablation for the Relief of Chronic Low Back Pain: results of the SMART Trial*. Alfred Rhyne, MD; Jeffrey Fischrund, MD; Richard Sasso, MD; Hyn Bae, MD; Kevin Macadaeg, MD. 2019 Annual Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves SPINE SUMMIT, Miami, FL; March 14-17, 2019

Klare C, Johnson N, Chapman TM, Darden BV, Davidson C, Milam RA, Rhyne AL, Segebarth PB, Spector L, Laxer EB. *Comparison of subcutaneous Fat Thickness in the Lumbar Spine related to BMI Between Males and Females.* Poster Presentation at AO Spine, March 2019, Banff Canada

Davidson C, Chapman TM, Curtin B, Darden, B, Klare C, Laxer E, Milam RA, Rhyne A, Segebarth PB, Spector L. *Rate of Hip OA in Spine Patients-Plain Film A/P Lumbar Radiographs.* Poster Presentation at AO Spine, March 2019, Banff Canada

Presentation: *Modic Disc.* Novant Health Foundations of Orthopedics at Charlotte Orthopedic Hospital, Charlotte, NC, March 25, 2019

Abstract Title: *Two-Year Outcomes of Patients Treated with BVN Ablation for the Relief of Chronic Low Back Pain: Results of the SMART Trial.* Alfred Rhyne, MD; Jeffrey Fischgrund, MD; Rick Sasso, MD; Hyun Bae, MD; Kevin Macadaeg, MD. Poster, 2019 Int'l Soc. For the Advancement of Spine Surgery, Anaheim, CA 3/28/19 thru 4/9/19

Casey Thomas Davidson, Todd Masters Chapman, Brian Matthew Curtin, Bruce V. Darden, Eric Brian laxer, R. Alden milam, Alfred L. Rhyne, Paul Bradley Segebarth, Leon R. Spector. *Rate of Hip OA in Spine Patients – Utility of Including Femoral Heads on Plain Film A/P Lumbar Radiographs.* Submitted - Paper/Poster application for the AAOS Meeting, March 24-28, 2020, Orlando, Floida

Abstract Title: *Two-Year Outcomes of patients Treated with BVN Ablation for the Relief of Chronic Loaw Back Pain: Results of the SMART Trial.* Jeffrey Fischgrund, MD; Alfred Rhyne, MD; Rick Sasso, Hyn Bae, MD; Kevin Macadaeg, MD. Podium Presentation, Lumbar Spine Reseach Society 12th Annual Meeting, Chicago, IL, 4/4/19 thru 4/5/19.

Davidson C, Chapman TM, Darden B, Klare C, Laxer E, Odum SM, Rhyne A, Segebarth PB, spector L. Milam RA. *What is the Cost of Pathology Testing of Retrieved Disc Material.* Rapid Fire Presentation at LSRS, Chicago, IL, 4/4/19 thru 4/5/19.

Davidson C, Chapman TM, Curtin B, Darden B, Klare C, Laxer E, Milam RA, Rhyne AL, Segebarth PB, Spector L. *Rate of Hip OA in Spine Patients-Plain Film A/P Lumbar Radiographs.* Rapid fire Presentation at LSRS, Chicago, IL, 4/4/19 thru 4/5/19

Klare C, Johnson N, Chapman TM, Darden B, Davidson C, Milam RA, Rhyne AL, Segebarth PB, Spector L, Laxer EB. *Comparison of Subcateneous Fat Thickness in the Lumbar Spine Related to BMI Between Males and Females.* Poster Presentation, Lumbar Spine Research Society 12th Annual Meeting, Chicago, IL 4/4/19 thru 4/5/19.

**PRESENTATIONS CONT:**

Conti Mica MR, Odum SM, Silverstein MP, Chapman TM, Segebarth PB, Spector LR, Miam RA, Rhyne AL, Darden BV, Laxer EB. *The Impact of Online Physican Rating Websites on Orthopedic Clinical Practice.* E-poster Presentation at AOA, June 2019, San Diego, CA

Abstract Lecture: Two-Year Outcomes of Patients with BVN Ablation for the Relief of Chronic Low Back Pain: results of the SMART Trial. Alfred Rhyne, Jeffrey Fischgrund, Rick Sasso, Hyn Bae, Kevin Macadaeg: 2019 North Carolina Spine Society Annual Meeting, August 18, 2019

Lecture: Alfred Rhyne, MD; ACDF Surgery Anatomy and Technique. Spine Interim Sim Lab, Thursday, August 2, 2019, Charlotte, NC

Guest Speaker: *The Intracept Procedure for the Relief of Chronic Vertebrogenic Low Back Pain* Relievant Educational Program, Charlotte, NC 9/19/19

Presentation: Alfred Rhyne, MD; "Basivertebral Nerve Albation" 39th Annual Oscar Miller Day; Spine Pathology & Its Mimickers, Sheraton Charlotte Hotel, Charlotte, NC, June 2019

Presentation: Alfred Rhyne, MD; Vertebrogenic Pain, Staff Education Session, Rehab. Services at COH November 12, 2020

Lecture: Alfred Rhyne, MD: *ACDF Surgical Anatomy and Technique Lecture* Spine Intern Sim Lab, Atrium Mercy, August 27, 2021

Chair – DSMB for National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS) Study "The Best trial: Biomarkers for Evaluating Spine Treatments" February 4, 2022

## RESEARCH:

**Title:** SMART – Surgical Multi-center Assessment of RF Ablation for the Treatment of Vertebrogenic Back Pain
"A prospective randomized, double-blind, controlled investigation evaluating the Intracept Intraosseous Nerve Ablation System for the reduction of pain in patients with chronic axial low back pain"
**Sponsor:** Relievant Medisystems
**Investigators:** Drs Al Rhyne, Sam Bhagia, and Monica Overbaugh, PA-C

**Objective:** To evaluate the safety and effectiveness of RF ablation using the Intracept Intraosseous Nerve Ablation System to ablate intraosseous nerves for the relief of choric axial low back pain.

**Title:** Clinical Evaluation of the Crosstrees™ PVA Pod System in Symptomatic Adult Patients with Acute Vertebral Body Compression Fractures at T4-5

## RESEARCH CONT:

**Sponsor:** Crosstrees Medical
**Investigators:** Drs Al Rhyne and Sam Bhagia
**Objective:** To evaluate the safety and efficacy of the Crosstrees™ Percutaneous Vertebral Augmentation (PVA) System in the delivery of polymethyl-methacralate bone cement in the treatment of pathologic fractures (1-3 levels) of the vertebral column (T4-L5) in adult subjects.

**Title:** A Multicenter, Randomized, Controlled Clinical Trial Comparing the Safety and Effectiveness of PRODISC-C$^R$ to Anterior Cervical Discectomy and Fusion (ACDF) Surgery in the Treatment of Symptomatic Cervical Disc Disease (SCDD). (FDA-Device clinical trial)
**Sponsor:** Synthes Spine
**Investigators:** Drs Daniel Murrey, Al Rhyne, Bruce Darden, and Eric Laxer

**Objective:** To compare the safety and effectiveness of PRODISC-C$^R$ (investigational artificial disc implant) to ACDF surgery in the treatment of SCDD. The intent of PRODISC-C$^R$ is to treat degenerative disc disease by reducing the pain and neurological signs and symptoms, without fusing the vertebrae.

**Title:** The Investigational Plan for the Evaluation of the ACADIA™ Facet Replacement System (Pivotal IDE Trial) (Protocol #: 1020-9052)
**Sponsor:** Globus Medical
**Investigators:** Drs Al Rhyne, Eric Laxer, Leo Spector and Alden Milam

Alfred L. Rhyne III, MD
Page 18 of 18

**Objective:** The purpose of this study is to evaluate the safety and effectiveness of the ACADIA Anatomic Facet Replacment System (AFRS) in patients with lateral, lateral recess and/or central canal stenosis due to facet degeneration at a single level from L3 to S1 who require a lumbar decompression and facetectomy compared to an instrumental posterolateral fusion control group. Safeety of the AFRS device will be evaluated by the incidence, severity and device or procedurerelatedness of all adverse events over the 24 month assessment period as compared to the control group. Effectiveness of the AFRS will be based on the improvement in symptom-rrelated questionnaire scores, function, and neurological status.

**Title:** A Prospective, Multi-center, Double-blind, Randomized, Placebo Controlled Pivotal Study of Ultraouns Therapy as Adjunctive Therapy for Increasing Posterolateral Fusion Success Following Single Level Posterior Instrumented Lumbar Surgery (Protocol #: EX-SPINE0907)
**Sponsor:** Smith & Nephew
**Investigators:** Drs. Bruce Darden, Leo Spector, Alden Milam, Al Rhyne

**Title:** The Failure and Analysis of Retrieved Orthopedics Devices
**Sponsor:** N/A
**Investigators:** Craig D. Brigham, MD; Eric B. Laxer, MD; R. Alden Milam, MD; Alfred L. Rhyne, MD; Bradley P. Segebarth, MD; Leo R. Spector, MD

**Objective:** the purpose of this study is to 1) Characterize the mechanical damage of retrieved spine implants, 2) Characterize the electrochemical damage of retrieved spine implants, 3) Quantify the expression of metal ions in tissues adjacent to retrieved spine implants and 4)

**RESEARCH CONT:**

Characterize the expression of pro-inflammatory cytokines and matric metalloproteinases in tissues adjacent to retrieved spine implants.

**Title:** Performance of the Implex Hedrocel Cervical Fusion Device IMPLEX Corp: IC003-99
**Sponsor:** Implex
**Investigator:** Daniel Murrey, MD
**SubIS:** Bruce Darden, MD; Eric Laxer, MD; Al Rhyne, MD; Leon Dickerson, MD

**CONSULTANT**

FzioMed
Relievant
RTI Surgical, Inc.
Stryker Spine, Inc.

**U.S. PATENTS**

Anterior Cervical Plate
#US    7,686,806