Alfred l. Rhyne, MD
OrthoCarolina
Charlotte, NC 28207
(704)323-3677-Fax (704) 323-3985

**Case Reviews 2019**

Hedrick Gardner Kincheloe & Garofalo, LLP
Attorneys at Law
6000 Fairview Road, suite 1000
Charlotte, NC 28210
  Re: Michael Mick v. Associated Asphalt Salisbury, LLC
    IC File No.: 15-704649
    Claim No.: E2V2192M
    DOI: 1/14/2015


Murphy & Grantland, P.A.
Mr. Jeffrey Kull
PO Box 6648
Columbia, SC 29260
  **Re:** Anita F. Arrowood and William J. Arrowood v. Costco Wholesale Corporation
    Date of Loss: 9/1/2015
    Claim No: 427747GB01

Mr. Neil Andrews
Hedrick Gardner Kincheloe & Garofalo, LLP
6000 Fairview Road, #1000
Charlotte, NC 28210
  Re: Yamill Parilla v. Bakaertdeslee
    I.C. File No.: 18-044332
    Claim No.: W002625757
    Date of Injury: 9/14/2018

Clark C. Cooper, Attorney
6000 Fairview Road, Suite 1000
Charlotte, NC 28210
  Re: Blanche Burrow v. Bennett College
    IC File No.: 19-700544
    Claim No.: FKM1441
    DOI: 12/12/2018 (back, neck and head)

Ms. Heather Connor
MGC Insurance
6302 Fairview Road, Suite 700
PO Box 3037
Charlotte, NC 28230
Re: Choya Johnson v. Matthew Taylor Scruggs; Southern Concrete Specialties, Inc.; Jeffrey Michael Gowder
Date of Incident:  07/03/2018


Attorney Jeffrey Kull
Murphy & Grantland, P.A.
Post Office Box 6648
Columbia, S.C. 29260
Fax: (803) 782-4140
Re: F. Coleman Compton vs. Lucas Motjoy, Daniel Mixson, and unnamed Sea Doo
Date of Loss:    8/27/2016


Renee Dillon
Post Office Box 6648
Columbia, SC 29260
Re: Deposition (Donald Dickson, Sr., and Lisa Dickson vs Malik Nathaniel Moore)


Hedrick Gardner
Attorneys at Law
6000 Fairview Road, #2000
Charlotte, NC. 28210
Attention:  Neil Andrews
Re: William Truman v. S&D Coffee, Inc.
I.C. File No.: 18-732631
Claim No.: 009118-000032-WC-01
Date of Injury: 4/4/2018

Melissa Grimes
Hedrick Gardner Attorneys at Law
6000 Fairview Road, Suite 1000
Charlotte, NC 28210
Fax# 704-602-8175
**Re:** Kiana Smith v. Charlotte Mecklenburg Housing Authority Date of Injury:  3/18/2017

Ms. Heather Connor
MGC Insurance
6302 Fairview Road, Suite 700
PO Box 3037
Charlotte, NC 28230
      RE:  Nikesia Sharley Pannell v. Matthew Taylor Scruggs; Southern Concrete Specialties, Inc.;
          Jeffrey Michael Gowder
          Date of Incident:  07/03/2018


Roy R. Hemphill
McDonald, Patrick, Poston, Hemphill & Roper, LLC
414 Main Street
Greenwood, SC 29646
Fax: 864-229-5327
      Re: James M. Powell v Luis Cabrera-Sanchez and Bernaldo Lopez-Cabrera
          Date of Accident: March 1, 2015


Attorney John Grantland
Murphy & Grantland, P.A.
Post Office Box 6648
Columbia, SC 29260
Fax: 803-782-4140
      Re: Sandra Myers vs. Shuar-Marshal Funeral Home
          Date of Injury:   2/23/2015


Murphy & Grantland, P.A.
Attention:  Henry L. Deneen
Post Office Box 6648
Columbia, SC 29260
      Re: Tonya L. Sprouse vs. Philip L. Herman and Smokey's Inc.
          Civil Action No.: 2019CP4200788
          Date of Loss: 5/14/2016

**Case Reviews 2020**

Jared A. Johnson
York Williams, LLP
PO Box 36858
Charlotte, NC 28236
       RE:   Kristie Akers vs Chucky Nance, Jennifer Nance, and Allison Nance
            Date of Accident:  02/17/2014

Marian Scalise
Richardson Plowden & Robinson
2103 Farlow Street
Myrtle Beach, SC 29577
       Re: Deposition (Lillie C. Huber vs. William L. Mills, MD)

Lisa Crowder, Paralegal
Hedrick Gardner Kincheloe & Garofalo, LLP
6000 Fairview Road, Suite 1000
Charlotte, NC 28210
       Re: Deposition (Corey Roby v. H.T. Hackney)

Jeanne Foley, NCCP
Fox Rothschild, LLP
434 Fayetteville Street
Suite 3800
Raleigh, NC 27601
       Re: Deposition (Gutierrez v. WakeMed)

Lisa Crowder, Paralegal
Hedrick Gardner Kincheloe & Garofalo, LLP
6000 Fairview Rd, #1000
Charlotte, NC 28210
       Re: Deposition via ZOOM (Yamil Parilla v. Bakaertdeslee)

Renee L. Dillon
Legal Assistant to John Grantland
PO Box 6648
Columbia, SC 29260
       Re: Deposition via ZOOM (Amoruso v. Miller)

Marian Scalise
Richardson Plowden & Robinson
2103 Farlow Street
Myrtle Beach, SC 29577
       Re: Deposition (Llewellyn v. Hill

**Case Reviews 2021**

Hedrick Gardner
Attorney Brennan Cumalander
6000 Fairview Rd, #1000
Charlotte, NC 28210
Case: Gloria Closs v. RHA Health Service
Zoom Deposition 5/12/21

Clawson Staubes
Attorney Margaret M. Urbanic
126 Seven Farms Drive, Suite 200
Charleston, SC 29492-8144
843-577-2026 FAX 843-722-2867
Case: Christopher Mohler v. Dunbar

Clement Rivers, LLP
25 Calhoun Street, #400
Charleston, SC 29401
843-724-6617 FAX 843-579-1301
Case:   William Scott v. Thomas German and XPO Logistics Drayage, LLC
        Case# 2019CP1001694

Hedrick Gardner, LLP
Attorney Holly Stott
4131 Park Lake Avenue, #300
Raleigh, NC 27612
984-261-1419 FAX 919-832-9425
Case: Tylisa Campbell Miller v. FC RHA – IC File# 20-039434 Claim# 8G591662516437
Zoom Deposition 2/17/22

Roe Cassidy Coates & Price, P.A.
1052 N. Church St
Greenville, SC 29601
864-349-2600
Fax 864-349-0303
Case: Riggins v. AnMed – Settled in 2022

Murphy & Grantland, P.A.
PO Box 6648
Columbia, SC 29260
803-782-4100 Fax 803-782-4140
Case: Gaddy v. J&J Pine Needles

Roe Cassidy Coates & Price, P.A.
PO Box 10529
Greenville, SC 29601
Attorney Fred Treg Suggs
Case: Hendricks v. Dr. Bucci                          Settled 2022

Clawson and Staubes
756 Tyvola Road, #130
Charlotte, NC 28217
Attorney Jeremy S. Foster
Case: Peggy Hayes vs. Linda Hamby (File# 20210662.000)

Attorney Jeffrey Scott
1309 Harding Place
Charlotte, NC28204
704-377-8003
Fax 704-377-0882
Case: Sheila Hooten
Deposition

Attorney James W.K. Wilde
Roberts & Stevens, P.A.
301 College St, #400
Asheville, NC 28801
828-252-6600
Case: Dowell v Stombaugh, et al

Clawson and Staubes (Deposition)
126 Seven Farms Drive, #200
Charleston, SC 29492-8144
843-577-2026
Fax 843-722-2867
Case: Anita R Airheart vs. Brandon M. Sheppard, et al. (File 20192396.000)

Attorney Elizabeth Hedrick
434 Fayetteville St. #2800
Raleigh, NC 27601-2943
919-755-8778
Fax 919-755-8800
Case: Dr. Gutierrez and WakeMed

Attorney Rebecca Zoller
Hedrick Gardner
6000 Fairview Rd, #1000
Charlotte, NC 28210
704-602-8026 Fax 704-602-8126
Case: Thomas Comer v. Electric Company, Inc.

Attorney John Grantland
Case: Kaira Miller v. Ms. Amoruso


Steven M. Pruitt, Attorney
414 Main Street
Greenwood, SC 29646
Helen L. Smith and Donald N. Smith v. Brandon R. Griffin          **Settled 4/29/22**


Clement Rivers, LLP
25 Calhoun Street, #400
Charlotte, NC 28401
843-720-5405
Fax 579-1303
Case: Wendy Ambridge/Shuffler v. AgSouth ycr 14-0972

Clawson & Staubes
Attorney Jeremy S. Foster
756 Tyvola Rd, #130
Charlotte, NC 28217-3629
704-940-9128
Fax 704-522-9033
Case:  Melody Worth Daniels vs. Melanie Lynne Harris (Case# 19 CVS 9552)
Zoom deposition: 1/6/22


**Case Reviews 2022**

Attorney John Grantland
PO Box 6648
Columbia, SC 29260
803-454-1237
Fax 803-782-4140
Case: Melissa Lindley v. Romeo Velazco & Kim Lawler (File# 1115-3608)


Attorney Heather Connor                                           **Settled 4/28/22**
**MGC**
6302 Fairview Road, #700
Charlotte, NC 28210-2267
704-643-6303
Fax 704-643-2376
Case:  Jeffrey Monroe Jennings v. Gloriana Ramirez Saldarriaga and Gloria Isa

Hedrick Gardner Kincheloe & Garofalo, LLP
6000 Fairview Rd, #1000
Charlotte, NC 28210
Case: Roger Wyatt v. Pratt (Jet Corr), Inc- FNZ7544
Deposition 3/24/22

Roberts & Stevens, P.A.
Attorney Denny Martin
301 College St, #400
Asheville, NC 28801
828-252-6600
Case: Goforth vs. Taylor

Shumaker
Attorney Emily Peeples
704-945-2189
epeeples@shumaker.com
Kaitlin Williford v. Wake Forest, et al
Testimony at Trial March 21, 2022
Cabarrus County Courthouse, Concord, NC

Coffey Law Firm
April Williams v. NCBH
Tara Keaton, Paralegal
336-940-3009


Attorney Jared A. Johnson, Defendant
York Harmon Johnson, LLP
RE: Frances Hart Williams v. John Rodley Parrish
Union County
Settled

Attorney John Grantland
Murphy & Grantland
803-782-4100
Linder v. Ashmore 1160-0200
Settled 11/2022

**Case Reviews 2023**

Attorney Ronald Diegel
Murphy & Grantland
803-454-1207
Robert Lee Williams & Delores Williams vs. Matthew McCoy Scates and Thompson Trucking, Inc.
Civil Action:  2020-CP-13-00448
File #: 1285-0506
Settled 4/3/23


Crowe LaFave Garfield & Bagley, LLC
Attorney Lee Bagley
William Helton v. Walmart – Settled 4/5/23
803-602-0532

Heather Connor
McAngus Goudelock and Courie
Latasha Montgomery v. Gerald Lepree Laval-Williams
Civil Action No: 22-CVS-6029 (Guilford)
704-405-4664
Settled 4/20/23

John Grantland
Murphy Grantland
803-782-4100 x 1275
George Clark v Lajaeric Miller and J.S., a Minor
Civil case: 2020-CP-40-05216
Settled 5/20/23

**Case Reviews 2024**

Attorney Camerson Stephenson
Murphy Grantland
4406 -B Forest Drive, Columbia, SC 29206
Case: Dazetter Burnside v. Southeast Transportation Services, LLC
Civil Action Nc.: 2023-CP-23-06072


Attorney James D. McAlister
MGC Law
6302 Fairview Rd. Ste 700 Charlotte, NC 28210
Case: Thomas P. Owens v. Samuel B. Kerr and Grace Meadows Trucking, LLC
Claim No.: 09110120


Attorney Rebecca L. Zoller
Hedrick Gardner Kincheloe and Garofalo, LLP
4201 Congress St., Suite 300 Charlotte, NC 28209
Case: Elton Gallop v. Sysco Foods
I.C. File No.: 23-031315
Claim No.: 1276-WC -24-0302742


Haynsworth Sinkler and Boyd
Case: Allan Craig Peek v. Fatima Carmen Dash
Civil Case No.: 2020-CP-40-04348
HSB File No.: 39764.0005


Attorney Georgia H. Malik
Cranfill Sumner LLP
5420 Wade Park Blvd., Suite 300 Raleigh, NC 27611
Case: Roy Kevin Sawyer v. Carlton Eugene Barr and Greater Works Trucking, LLC
Court File: 23CVS000051-880
CS File: 10173.0000087

**Continued Cases Reviews 2024**

Attorney: Jeffrey M. Crudup
Clarkson, Walsh, and Coulter
497 St. Andrews Blvd., Charleston, SC 29407
Case: Hailey Boyd v. Westbury
Claim No.: 21-3286179
File No.: 451.2582
Case Settled 11/19/2025

Attorney Allen C. Smith
Hedrick Gardner Kincheloe & Garofalo, LLP
4201 Congress St., Suite 300 | Charlotte, NC 28209
Case: David Winston Thompson v. Brayden Markus Aysta, Mark Melvin Aysta, and Uber Technologies, Inc.
Case No.: 23-CVS-2624
Deposition: July 31, 2024

**Case Reviews 2025**

Attorney Ronald B. Diegel, Esq.
Murphy Grantland
4406 -B Forest Drive, Columbia, SC 29206
Case: Kelvin and Robin Hall v. Brian Preston Greer, J&J Trucking of NC, LLC and Jordans Trucking, LLC
Civil Action No.: 2023-CP-46-00385
File No. 1115-4507
Deposition: Jan 8, 2025
Settled 02/19/2025


Attorney C. Walker Terry
Byrne Canaan Law
3117 W. Clay St., Suite 200 Richmond, VA 23230
Case: Carla Weakley v. Agha S. Haider, M.D. and Pulmonary and Critical Care Associates of the Tri-Cities, P.C.
Case No.: CL22-487

Attorney Anthony Cottone and Michael Millstein
Byrne Canaan Law
3117 W. Clay St., Suite 200 Richmond, VA 23230
Case: Susan Goodwin, Executrix of the Estate of Steven Jay Goodwin, Deceased v. Colin Haines, MD, Tracy Boller Perkins, PA, and Virginia Spine Institute
Case No.: CL-23-3048
Trial Prep: Feb 19, 2025


Attorney Rogers Townsend
Rogers Townsend, LLC
205 King Street, Suite 201 Charleston, SC 29401
Case: John Geng and Amy Geng v. Roper St. Francis Healthcare; Roper Francis Physicians Network d/b/a Roper St. Francis Physician Partners Neurosurgery and Spine; and Christopher Schafer, P.A.
C.A. No.: 2022-CP-10-05387