Today's Date: **4/17/26**   Time:

Case: **Mc Laughlin v Lee, Mahoney**

Attorney's Address: **Darby Plexico**

Physician: Alfred Rhyne, MD

CASE REVIEW TIME: **4.5** Hours/Mins
$600/HR, $150 EACH 15 MINS
$600 MINIMUM FEE

DEPOSITION _____ Hours/Min
$1000/HR, 250 EACH 15 MINS

Trial Testimony _____
$3,000.00 ½ day testimony
$5,000.00 full day testimony

TOTAL $_____

TOTAL CHARGES $_____

PREPAYMENT $_____

PLEASE REMIT $ **2,700.00**

**Please make check payable to:** *Alfred Rhyne, MD*
*540 Hempstead Place*
*Charlotte, NC  28207*

Review Depo, Plaintiff, Defendant
Review Medical Records

Review Video.
Atty call
Letter

*Revised 2018*