# UNITED STATES DISTRICT COURT

Andrew McLaughlin

**District of**     SOUTH CAROLINA

Plaintiff (s),

V.

Carlton Reginald Lee and The Mahoney Group, Inc.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   4:25-CV-07045-SAL

Notice is hereby given that, subject to approval by the court, _____ The Mahoney Group _____ substitutes
(Party (s) Name)

_____ Jonathan G. Roquemore _____ , State Bar No. _____ 68274 _____ as counsel of record in
(Name of New Attorney)

place of _____ Lowry Darby Plexico, III _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Hedrick Gardner Kincheloe and Garofalo, LLP

Address:     1230 Main St., Suite 325 Columbia, SC 29201

Telephone:     (803) 727-1205        Facsimile (803) 727-1259

E-Mail (Optional):     jroquemore@hedrickgardner.com

I consent to the above substitution.

Date:     4/21/2026

_____
(Signature of Party (s))

I consent to being substituted.

Date:     4/21/26

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     4/17/26

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**