**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
CIVIL ACTION NO.: 4:25-CV-7045-SAL

| | | |
|---|---|---|
| Andrew McLaughlin,<br><br>Plaintiff,<br><br>vs.<br><br>Carlton Reginald Lee and The Mahoney Group, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF**<br>**VOLUNTARY DISMISSAL**<br>**BY STIPULATION** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and by stipulation of the parties, Plaintiff hereby dismisses this suit without prejudice.

**WE SO STIPULATE:**

By: /s/Jonathan Graham
Jonathan D. Graham (Fed. Bar # 13969)
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Ste. 300,
North Charleston, SC 29405
jgraham@forthepeople.com
(843) 947-6063
*Counsel for Plaintiff McLaughlin*


By: /s/L. Darby Plexico, III
L. Darby Plexico, III, Esquire (Fed. Bar 9585)
Brehmer Law Firm, LLC
1720 Main Street, Ste. 201
Columbia, SC 29201
LDP@brehmerlawfirm.com
(803) 771-660
*Counsel for Defendant Lee*

By: /s/Anthony Ibarra
Anthony Ibarra (Federal ID No. 12978)
Hedrick Gardner
1230 Main Street, Ste. 325
Columbia, SC 29201
aibarra@hedrickgardner.com
(803) 727-1200
*Counsel for Defendant Mahoney Group*